OPINION — AG — ** OKLAHOMA MEAT INSPECTION ** THE ENACTMENT OF 2 O.S. 6-181 [2-6-181] DID 'NOT' REPEAL BY IMPLICATION OR SUBSTITUTION THE PROVISIONS OF 50 O.S. 41 [50-41] RELATING TO THE LOCATION OF SLAUGHTERHOUSES. (MAINTAIN A SLAUGHTERHOUSES REGULATIONS, CATTLE) CITE: 50 O.S. 41 [50-41], OPINION NO. 72-245, 2 O.S. 6-212 [2-6-212] (MICHAEL CAUTHRON)